## HALL v. HALL.

(*Supreme Court, Special Term, New York County.* September 7, 1889.)

DIVORCE—SUMMONS—SERVICE BY PUBLICATION.
 In an action for divorce, an order of publication will not be granted on the affidavit of plaintiff alone, without other proof of defendant's non-residence.

At chambers. Action for divorce.

VAN BRUNT, P. J. The application for order of reference must be denied. The service by publication is entirely insufficient. The order was granted upon the affidavit of the plaintiff alone, with no other proof of non-residence, or removal from the state. As the plaintiff would not be permitted to serve the summons personally, certainly an order of publication should not be granted solely upon his affidavits. Such a procedure would open the door to the grossest fraud. The papers are defective in other particulars, which, however, it is not necessary to notice.